JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AVIVA LIFE & ANNUITY COMPANY, an Iowa Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAY MULEIN, an individual; DIVERSIFIED FINANCIAL ASSOCIATES, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. CV 11-00234-JAK (CWx)<br><br>Hon. John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Complaint Filed: January 7, 2011<br>Discovery Cut-off: N/A<br>Pretrial Conference: N/A |

1     The Court, having considered the stipulation for dismissal and retention of
2  jurisdiction to enforce settlement agreement, IT IS HEREBY ORDERED:
3     1.     This action is dismissed with prejudice, <u>provided, however</u>, that the Court
4  shall retain jurisdiction to enforce the settlement agreement between the parties, dated
5  January 1, 2012.
6     2.     All further proceedings, including the February 13, 2012 Order to Show
7  Cause hearing, are off calendar.
8  IT IS SO ORDERED.
9  February 9, 2012



Hon. John A. Kronstadt
U.S. District Judge