JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| AVIVA LIFE & ANNUITY COMPANY, an Iowa Corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JAY MULEIN, an individual; DIVERSIFIED FINANCIAL ASSOCIATES, INC., a California Corporation; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | CASE NO. CV 11-00234-JAK (CWx)<br><br>Hon. John A. Kronstadt<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL AND RETENTION OF JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT**<br><br>Complaint Filed: January 7, 2011<br>Discovery Cut-off: N/A<br>Pretrial Conference: N/A |

1  The Court, having considered the stipulation for dismissal and retention of
2 jurisdiction to enforce settlement agreement, IT IS HEREBY ORDERED:
3  1. This action is dismissed with prejudice, <u>provided, however</u>, that the Court
4 shall retain jurisdiction to enforce the settlement agreement between the parties, dated
5 January 1, 2012.
6  2. All further proceedings, including the February 13, 2012 Order to Show
7 Cause hearing, are off calendar.
8 IT IS SO ORDERED.
9 February 9, 2012



Hon. John A. Kronstadt
U.S. District Judge